**Order entered November 12, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00918-CV

### TE LUN WANG, Appellant

### V.

### XIANGYU CAO, RUOTIAN LI, SI HAN, AND LINGCHAO CHEN, Appellees

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04995-2017**

## ORDER

By order dated October 10, 2019, we ordered this appeal be submitted without the reporter's record. Before the Court is appellant's November 6, 2019 motion for leave to respond to the October 10th order. We **GRANT** the motion as follows:

We **VACATE** this Court's order dated October 10, 2019. Appellant has requested and paid the fee for the reporter's records for the following hearings:

1. December 15, 2017 - recorded by Deputy Reporter Brenda Varela;

2. April 12, 2018 - recorded by Deputy Reporter LaTresta Ginyard; and

3. August 3, 2018 - recorded by Deputy Reporter La Toya Young-Martinez.

Although appellant states in her motion that the "transcripts" of the December 15th and April 12th hearings have been "delivered", no reporter's records have been filed in this appeal. The

reporter's record of the December 15th hearing was filed in a prior appeal in appellate cause number 05-18-00014-CV. Appellant has also requested the reporter's record for the hearing held on May 3, 2019 and will pay for the record when she receives the invoice.

We **DIRECT** the Clerk of this Court to transfer a copy of the reporter's record of the December 15, 2017 hearing filed in appellate cause number 05-18-00014-CV into this appeal.

We **ORDER** Cindy Bardwell, as the Official Court Reporter for the 429th Judicial District Court, to file, **WITHIN TWENTY DAYS** of the date of this order, the reporter's records from the April 12, 2018, August 3, 2018, and May 3, 2019 hearings.

Also before the Court is appellant's November 6, 2019 motion to extend the time to file her brief on the merits. As the record is not yet complete, appellant's brief is not due. Accordingly, we **DENY** the motion as premature. Appellant's brief will be due within thirty days after the date the reporter's records are filed. *See* TEX. R. APP. P. 38.6(a)(2).

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Bardwell; Ms LaTresta Ginyard; Ms. Young-Martinez; and all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE